AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Kentucky

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Gary Baldock | ) | |
| | ) | 6:20-MJ-6032-HAI |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____March 6, 2020_____ in the county of _____Pulaski_____ in the _____Eastern_____ District of _____Kentucky_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 111(b) | Aggravated Assault of a Federal Law Enforcement Officer |
| 18 USC 924(c) | Discharge of a Fiream During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ David Lowery w.p.b. Hanly A. Ingram
*Complainant's signature*

David J. Lowery, FBI Special Agent
*Printed name and title*

**Attested per Rule 4.1(b)(2)(A).**
~~Sworn to before me and signed in my presence~~.

Date: _____03/09/2020_____

*Judge's signature*

City and state: _____London, Kentucky_____   Hanly A. Ingam, United States Magistrate Judge
*Printed name and title*