UNITED STATES DISTRICT COURT Eastern District of Kentucky
EASTERN DISTRICT OF KENTUCKY    **F I L E D**
SOUTHERN DIVISION    MAR 2 6 2020
LONDON

AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                    **SUPERSEDING INDICTMENT NO. 6:20-CR-11-S-REW**

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 241

From on or about November 18, 2018, the exact date unknown, and continuing through on or about September 24, 2019, in Pulaski County, in the Eastern District of Kentucky,

**MICHAEL WALLACE and**
**GARY E. BALDOCK**

knowingly and willfully conspired together to injure, oppress, threaten, and intimidate persons within Pulaski County, Kentucky, in the free exercise and enjoyment of a right secured to them by the Constitution and laws of the United States, specifically their right to be free from unreasonable searches and seizures by one acting under color of law and the right to be free from the deprivation of property without due process of law by one acting under color of law, all in violation of 18 U.S.C. § 241.

## COUNT 2
### 18 U.S.C. § 1114

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

### GARY E. BALDOCK

did willfully, deliberately, maliciously, and with premeditation and malice aforethought, unlawfully attempt to kill a special agent of the Federal Bureau of Investigation, while that agent was engaged in and on account of the performance of his official duties, all in violation of 18 U.S.C. §1114.

## COUNT 3
### 18 U.S.C. § 924(c)

On or about March 6, 2020, in Pulaski County, in the Eastern District of Kentucky,

### GARY E. BALDOCK

did knowingly use and discharge a firearm, that is, a Glock, Model 23, .40 caliber semiautomatic pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Attempted Murder of a Federal Agent

as alleged in Count Two of this Indictment, all in violation of 18 U.S.C. §

924(c)(1)(A)(iii).

A TRUE BILL

**ROBERT M. DUNCAN, JR.**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:** Not more than 10 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 2:** Not more than 20 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**COUNT 3:** Not less than 10 years imprisonment and not more than life, to be served consecutive to any term of imprisonment imposed for any other offense, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Restitution, if applicable.